**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Andrew Giles
Plaintiff,
v.
The Scion Group LLC
Defendant.

Case No.: 1:22−cv−03249
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 27, 2023:

MINUTE entry before the Honorable Manish S. Shah: The motion to approve settlement [46] is granted. The settlement is a reasonable compromise of a bona fide dispute over wages and compensation, and was the result of arm's length negotiations. The case is dismissed without prejudice pursuant to settlement. If no motion to reinstate is filed, the dismissal will automatically convert to a dismissal with prejudice on 3/29/23. Terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.